UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-20473-CR-SCOLA

UNITED STATES OF AMERICA

vs.

NIKOLE SARAHY NEIRA,
    a/k/a "Nikole Chery,"

    **Defendant.**
_____/

**FACTUAL PROFFER**

    The parties agree that, had this case proceeded to trial, the United States would have proven beyond a reasonable doubt the following facts, which NIKOLE SARAHY NEIRA, a/k/a "Nikole Chery," (the "defendant") accepts as true and accurate:

    The defendant was employed at Company 1 from on or about July 6, 2015 through on or about January 10, 2018. During and after her employment at Company 1, specifically from on or about May 1, 2017 through on or about June 29, 2018, the defendant successfully devised a scheme to defraud Company 1 of approximately $546,597.75. The defendant defrauded Company 1 by: (a) incurring unauthorized personal expenses with at least two Company 1 American Express corporate credit cards ending in #2009 and #1001, and (b) making unauthorized payment transfers from the two Company 1 American Express corporate credit cards to bank accounts in the name of the defendant's companies: The Dizzy Moon, Inc. ("Dizzy Moon") and Edy & Son's Electric, Inc. d/b/a Edy Laptop Power Supply ("Edy & Son's").

    As an employee at Company 1, the defendant obtained an American Express corporate credit card in her name ending in #2009. The defendant also obtained an American Express corporate credit card in the name of "M.C." ending in #1001. "M.C." was not an employee at Company 1. In addition, "M.C." did not know the defendant applied for a corporate credit card in M.C.'s name. "M.C." also did not authorize the defendant to apply for a corporate credit card in M.C.'s name.

    The defendant used both American Express corporate credit cards to incur unauthorized personal expenses. For example, the defendant used the American Express corporate credit cards to pay for: personal travel expenses such as a trip to Europe, her wedding expenses, jewelry, a $40,000 down-payment towards the purchase of a brand new 2018 Lexus GX 460, a puppy and veterinary-related expenses, dental expenses, purchases at high-end retail stores (e.g., Givenchy, Gucci, Louis Vuitton, Burberry), and cosmetic surgery.

In addition, the defendant used the American Express corporate credit cards to make unauthorized payment transfers to bank accounts in the name of two companies she owned: Dizzy Moon and Edy & Son's. In order to mask the fraudulent nature of these payments, the defendant created various fraudulent invoices whereby, for example, Company 1 purportedly ordered items such as laptop adapters and batteries from Edy & Son's. However, Edy & Son's and the Dizzy Moon never provided any services, or sold any products to Company 1. The only source of money in Edy & Son's and Dizzy Moon's bank accounts were the unauthorized payment transfers made by the defendant. The defendant then used the money in Edy & Son's and Dizzy Moon's bank accounts to pay for personal expenses such as Amazon purchases, entertainment, buy groceries, and pay bills. The defendant also withdrew a significant amount of cash from these bank accounts.

The transactions the defendant made with the American Express corporate credit cards were routed through American Express servers located in Phoenix, Arizona. Therefore, the defendant transmitted or caused to be transmitted by wire some communication in interstate commerce to help carry out the scheme to defraud.

The preceding statement is a summary, made for the purpose of providing the Court with a factual basis for the charges against the defendant. It does not include all of the facts concerning criminal activity alleged in the Indictment. The defendant acknowledges that she is in fact guilty of the crimes charged.

ARIANA FAJARDO ORSHAN
UNITED STATES ATTORNEY

Date: 11/20/2019         By: _____
                              YISEL VALDES
                              ASSISTANT UNITED STATES ATTORNEY

Date: 11/20/19           By: _____
                              FRED JAY MOLDOVAN
                              ATTORNEY FOR DEFENDANT

Date: 11/20/19           By: _____
                              NIKOLE SARAHY NEIRA
                              a/k/a "Nikole Chery"
                              DEFENDANT

2